**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 4:26CR75** |
| | ) | |
| **TAKIRA QWATAVIA LAMAR** | ) | |

## ORDER

Application for leave of absence has been requested by Robert E. Schaaf, Special Assistant United States Attorney, for August 26 ,2026, through September 7,2026, inclusive, in the above-referenced case.

The above and foregoing request for leave of absence is approved; however, the attorney must make arrangements for other counsel in the event the case is scheduled for a hearing or trial during such leave.

So ORDERED this 7th day of August 2026.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA